**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MABEL M. HENSLEY, as Personal**
**Representative of the Estate of GEORGE**
**W. HENSLEY, Deceased, and MABEL M.**
**HENSLEY, Individually,**

**Plaintiff,**

-vs-                                                                      **Case No.  6:08-cv-6000-Orl-22DAB**

**ASTRA PHARMACEUTICALS, L.P. d/b/a**
**ASTRAZENECA LP, and ASTRAZENECA**
**PHARMACEUTICALS LP,**

**Defendants.**
_____

**PEDRO GARZA, JR., as Next Friend of**
**Brittany Garza and Brianna Garza, minors,**
**and as Personal Representative of the Estate**
**of Christie Gail Gomez, deceased,**

**Plaintiff,**

-vs-                                                                      **Case No.  6:08-cv-6001-Orl-22DAB**

**ASTRAZENECA PHARMACEUTICALS,**
**L.P.,**

**Defendant.**
_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration following a status conference on April 30, 2008. Both cases cited above involve claims for Neuroleptic Malignant Syndrome ("NMS") were transferred to this District on April 15, 2008, to be considered with the *In re Seroquel Multidistrict Litigation*, Case

No. 06-md-1769-Orl-22DAB. *See* Doc. No. 1. According to resprestations of AstraZeneca's counsel made at the status conference on April 30, 2008, there exist 46-50 other cases in which plaintiffs have alleged similar claims for injuries, including NMS solely or in tandem with other injuries, allegedly from ingesting Seroquel. *See* Doc. No. 7 (transcript). AstraZeneca's counsel further represented that it has already produced 25,000 responsive documents using search terms including NMS and related terms. Therefore, AstraZeneca contends, the two recently-transferred cases cited above should proceed with the other cases containing NMS allegations previously included as part of the MDL. Plaintiffs' counsel is not opposed to having the two cases cited above folded into the MDL.

It is respectfully **RECOMMENDED** that the two cases cited above proceed and become part of the MDL and subject to the controlling Scheduling Order deadlines; and Plaintiffs' counsel be **DIRECTED** to determine whether relief from those dates will be required with respect to these cases and move for such relief prior to **May 30, 2008.**

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on May 6, 2008.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy