**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MABEL M. HENSLEY, as Personal**
**Representative of the Estate of GEORGE**
**W. HENSLEY, Deceased, and MABEL M.**
**HENSLEY, Individually,**

        **Plaintiff,**

**-vs-**                                                  **Case No.  6:08-cv-6000-Orl-22DAB**

**ASTRA PHARMACEUTICALS, L.P. d/b/a**
**ASTRAZENECA LP, and ASTRAZENECA**
**PHARMACEUTICALS LP,**

        **Defendants.**
_____

## ORDER

This cause is before the Court for consideration following a status conference on April 30, 2008.

The United States Magistrate Judge has submitted a report recommending that this case proceed and become part of the MDL and subject to the controlling Scheduling Order deadlines.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.  Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed May 6, 2008 (Doc. 8), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     This case shall proceed a become part of the MDL and shall be governed by the

Scheduling Order entered in the Master Docket.  *See In re Seroquel Prods. Liab. Litig.*, No. 6:06-md-1769-Orl-22DAB, Doc. 4.

3. Plaintiff's counsel is **DIRECTED** to determine whether relief from the dates contained in the Scheduling Order will be required, and shall move for such relief prior to **June 4, 2008**.

4. It is further **ORDERED** that, no later than **June 6, 2008**, AstraZeneca shall electronically file a list of all cases in this MDL in which Plaintiffs have alleged they developed Neuroleptic Malignant Syndrome ("NMS") as a result of their use of Seroquel.  The list shall be segregated as follows: (a) all cases in which Plaintiffs have alleged NMS only; and (b) all cases in which Plaintiffs have alleged both NMS and diabetes.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 2, 2008.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record